No. 94–8197. STRAUSS v. NOONAN. C. A. 9th Cir. Certiorari denied.

No. 94–8201. WATSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–8204. IN RE JUDD. Ct. App. N. M. Certiorari denied.

No. 94–8206. STANWOOD v. MULTNOMAH COUNTY, OREGON, ET AL. Ct. App. Ore. Certiorari denied.

No. 94–8207. WATSON v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–8208. BALL v. CIRCUIT COURT OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 94–8212. GIBSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–8213. BURROWS v. BABYLON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8215. REILLY v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8219. ARMSTEAD v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8220. JEFFERS v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8221. JOHNSON v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8235. CORONEL v. OLSON. Sup. Ct. Haw. Certiorari denied.

No. 94–8237. BAILEY v. SOKOLOWSKI ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8247. HILL v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.